

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 24 2003

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *Plaintiff* | § | CIVIL ACTION: B-03-046 |
| | § | Claim: (86791/86792/86793) |
| VS. | § | |
| | § | |
| DANIEL URIBE, | § | |
| *Defendant* | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant is a resident of Willacy, County, Texas and may be served with process at 455 East Sunset Ave., Raymondville, Texas 78580.

3. *The Debt.* The debt owed the United States as of the date of the Certificate of Indebtedness is:

   (A)  <u>Claim No. 86791</u>

   | | | | |
   |---|---|---|---|
   | A. | Current Principal | $ | 2,000.00 |
   | B. | Interest (capitalized and accrued) | $ | 3,206.25 |
   | C. | Administrative fee, costs, penalties | $ | 0.00 |
   | D. | Attorney's fees | $ | 550.00 |
   | E. | Balance Due | $ | <u>5,756.25</u> |
   | F. | Prejudgment interest accrues at | | |
   | | 12.00% per annum being $ 0.66 per day. | | |

1

(B) <u>Claim No. 86792</u>

| | | | |
|---|---|---|---:|
| A. | Current Principal | $ | 2,625.00 |
| B. | Interest (capitalized and accrued) | $ | 3,471.94 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Attorney's fees | $ | 550.00 |
| E. | Balance Due | $ | 6,646.94 |

F. Prejudgment interest accrues at

8.00% per annum being $ 0.58 per day.

(C) <u>Claim No. 86793</u>

| | | | |
|---|---|---|---:|
| A. | Current Principal | $ | 2,900.98 |
| B. | Interest (capitalized and accrued) | $ | 1,581.98 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Attorney's fees | $ | 550.00 |
| E. | Balance Due | $ | 5,032.96 |

F. Prejudgment interest accrues at

8.41% per annum being $ 0.67 per day.

Total Balance Due (Claim 86791 + 86792 + 86793):                     $   17,436.15

The Certificates of Indebtedness, attached as Exhibits "A," "B," and "C" show the total owed excluding attorney's fees and central intake facility charges. On the date of the Certificates, the principal and interest shown were correct after credits in the amount of $ 0.00 having been applied.

4. *Failure to Pay*. Demand has been made on the defendant to pay the indebtedness, but the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

   A. The sums in paragraphs 3, plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest;

   B. Attorney's fees; and,

   C. Other relief the Court deems proper.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÍA, P.C.

By: _____
M. H. Cersonsky
Texas Bar Number: 04048500
Southern District: 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Telephone: (713) 840-1492
Facsimile: (713) 840-0038

Attorney for Plaintiff

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

DANIEL URIBE         B-03-046
AKA: N/A
347 PETRA AVE
RAYMONDVILLE, TX 78580-2125

SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 9/19/98.

On or about 7/18/89 the borrower executed promissory note(s) to secure loan(s) of $2,000.00 from The Bank of Horton, Horton, KS at 12.00 percent interest per annum. This loan obligation was guaranteed by Nebraska Student Loan Program and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 6/8/91, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,645.93 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 1/18/98, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 2,000.00 |
| Interest: | $ 3,206.25 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees | $ 0.00 |
| Total debt as of 9/19/98 | $ 5,206.25 |

Interest accrues on the principal shown here at the rate of $0.66 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/5/98         Name: Sheryl Davis
                             Title  Loan Analyst
                             Branch  Litigation Branch



PLAINTIFF'S EXHIBIT A

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

DANIEL URIBE
AKA: N/A
347 PETRA AVE
RAYMONDVILLE, TX 78580-2125

B-03-046

SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 9/19/98.

On or about 7/18/89 the borrower executed promissory note(s) to secure loan(s) of $2,625.00 from The Bank of Horton, Horton, KS at 8.00 percent interest per annum. This loan obligation was guaranteed by Nebraska Student Loan Program and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 7/6/91, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,817.61 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 1/18/98, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 2,625.00 |
| Interest: | $ 3,471.94 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees | $ 0.00 |
| Total debt as of 9/19/98 | $ 6,096.94 |

Interest accrues on the principal shown here at the rate of $0.58 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/5/98     Name: Sheryl Davis
                         Title   Loan Analyst
                         Branch  Litigation Branch

PLAINTIFF'S
EXHIBIT
B

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

DANIEL URIBE
AKA: N/A
347 PETRA AVE
RAYMONDVILLE, TX 78580-2125

B-03-046

SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 9/19/98.

On or about 10/24/89 the borrower executed promissory note(s) to secure loan(s) of $2,625.00 from Southwest Bank of San Angelo, San Angelo, TX at 8.41 percent interest per annum. This loan obligation was guaranteed by Texas Guaranteed Student Loan Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 6/1/91, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,900.98 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 10/22/97, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 2,900.98 |
| Interest: | $ 1,581.98 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees | $ 0.00 |
| Total debt as of 9/19/98 | $ 4,482.96 |

Interest accrues on the principal shown here at the rate of $0.67 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/5/98        Name: Sheryl Davis
                            Title   Loan Analyst
                            Branch  Litigation Branch


PLAINTIFF'S EXHIBIT C