AO 440 (Rev. 10/93) Summons in a Civil Action

**DANIEL URIBE**    **RETURN OF SERVICE**    **CAB-03-46**

| Service of the Summons and complaint was made by me[1] | DATE 4/24/03 | |
|---|---|---|
| NAME OF SERVER (PRINT) | TITLE Process Server | (4) |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **455 E. Sunset Ave**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
**FILED**

☐ Returned unexecuted: _____

MAY 1 2 2003

☐ Other (specify): _____

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL 0 | SERVICES 45.00 | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/24/03
Date

_____
Signature of Server

**LONE STAR CIVIL PROCESS**
943 N. EXPY #15-165
BROWNSVILLE, TX 78520

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.