6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| vs. | § | C.A. No.: B-03-046 |
| | § | (Claim No. 86791/86792/86793) |
| DANIEL URIBE, | § § | |
| Defendant. | § | |

## CLERK'S ENTRY OF DEFAULT

On this day, came on to be considered Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Daniel Uribe.

Signed on this 28th day of May, 2003, at Brownsville, Texas.

MICHAEL MILBY, DISTRICT CLERK

By: _____

_____, Deputy Clerk