IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of ...
FILED

JUN 0 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. B-03-046 |
| | § | (Claim No. 86791/86792/86793) |
| DANIEL URIBE, | § | |
| Defendant. | § | |

**MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE :

COMES NOW Plaintiff UNITED STATES OF AMERICA ("USA") and presents this Motion for Continuance and in support thereof say as follows:

I.

The above referenced case has been set for Pretrial Conference and Disclosure of Interested Parties on Wednesday, June 4, 2003 at 1:30 P.M. by Order of this Court.

II.

USA's counsel is requesting that the Pretrial Conference be reset to allow the Court to consider its Motion for Default Judgment. On May 28, 2003, this Court entered Request for Entry of Default.

III.

USA's counsel would request that all matters in Civil Action No. B-03-046, styled *United States of America v. Daniel Uribe* be set to a time convenient for the Court.

IV.

This Motion is not set out for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, USA prays that this Court grant this Motion for Continuance.

Respectfully submitted,

By: _____
M. H. Cersonsky
Texas State Bar: 04048500
Southern District: 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Telephone: (713) 840-1492
Facsimile: (713) 840-0038
**Attorneys for United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

### CERTIFICATE OF SERVICE

I, the undersigned certify that a true and correct copy of the above and foregoing will be delivered by the Constable at time of service of the Summons and Original Complaint and/or by certified mail, return receipt requested, on June 3, 2003, to:

Daniel Uribe
455 East Sunset Avenue
Raymondsville, Texas 78580

_____
M. H. Cersonsky