UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

JUN 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-046 |
| | § | (Claim No. 86791/86792/86793) |
| DANIEL URIBE, | § | |
| | § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Daniel Uribe has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Daniel Uribe:

Claim No: 86791:

| | |
|---|---|
| Principal Balance: | $ 2,000.00 |
| Total Interest Accrued (As of September 19, 1998) | $ 3,206.25 |
| Administrative Charges | $     0.00 |
| Attorney's Fees | $   550.00 |
| | $ 5,756.25 |
| Less Credits (Debtor Payments) | $     0.00 |
| Total Owed | $ 5,756.25 |

Interest Rate:   12.00
Daily Accrual: 0.66

Claim No: 86792:

| | |
|---|---|
| Principal Balance: | $ 2,625.00 |
| Total Interest Accrued (As of September 19, 1998) | $ 3,471.94 |
| Administrative Charges | $     0.00 |
| Attorney's Fees | $   550.00 |
| | $ 6,646.94 |
| Less Credits (Debtor Payments) | $     0.00 |
| Total Owed | $ 6,646.94 |

Interest Rate:   8.00
Daily Accrual: 0.58

<u>Claim No. 86793</u>:

| | |
|---|---|
| Principal Balance: | $ 2,900.98 |
| Total Interest Accrued (As of September 19, 1998) | $ 1,581.98 |
| Administrative Charges | $       0.00 |
| Attorney's Fees | <u>$    550.00</u> |
| | $ 5,032.96 |
| Less Credits (Debtor Payments) | <u>$       0.00</u> |
| Total Owed | $ 5,032.96 |

Interest Rate:  8.41
Daily Accrual:  0.67

Post-judgment interest at <u> .95% </u> per annum.

Plus costs private process server fees for service of Summons.   <u>$   65.00</u>

**TOTAL:   $ 17,501.15**

Signed this 23rd day of June, 2003, at Brownsville, Texas.

_____
Honorable Andrew S. Hanen
United States District Judge